UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JOHN DANIELS      PETITIONER
a/k/a/ DAVID WILLIAMS

v.      CIVIL ACTION NO. 3:06CV-329-S

RANDY STOVALL, et al.      RESPONDENTS

## ORDER

The above matter having been referred to United States Magistrate Judge Dave Whalin, the Magistrate Judge having filed his Findings of Fact, Conclusions of Law and Recommendation, objections having been filed, and the Court having made a *de novo* determination of those portions of the Magistrate Judge's proposed Findings of Fact, Conclusions of Law and Recommendation to which objections have been made,

The Court accepts the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge, and

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the Respondent to dismiss is **GRANTED** and the petition is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED** in the absence of a substantial showing of the denial of a constitutional right.

Copies to:      Counsel of Record
               Magistrate Judge Dave Whalin